WILBORN LAW OFFICE, P.C.
TIM WILBORN, Attorney at Law — OSB # 944644
twilborn@mindspring.com
P.O. Box 2768
Oregon City, OR 97045
Voice: (503) 632-1120
Fax: (503) 632-1198
  Attorney for Plaintiff


UNITED STATES DISTRICT COURT

DISTRICT OF OREGON


**LOREN MARTIN**,                                      CV # 08-763-JE

        Plaintiff,

vs.                                                    ORDER

**COMMISSIONER of Social Security**,

        Defendant.

---

        Attorney fees in the amount of $7,499.99 are hereby awarded to Plaintiff's counsel, Tim

Wilborn, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d).  The check shall be sent

to Tim Wilborn's address: P.O. Box 2768, Oregon City, OR 97045.


        DATED this 3rd day of  December, 2009.


                                  ___  /s/ John Jelderks  _____
                                  United States Magistrate Judge

Submitted on November 12, 2009 by:

s/ Tim Wilborn, OSB # 944644
(503) 632-1120
  Attorney for Plaintiff


ORDER - Page 1